FILED
December 18, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ klw
DEPUTY

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 18, 2024
Lyle W. Cayce
Clerk

No. 24-50949

HUMAN POWER OF N COMPANY, *doing business as* HUMANN, *formerly known as* NEOGENIS LABS, INC.,

*Plaintiff—Appellee,*

*versus*

NATHAN BRYAN; PNEUMA NITRIC OXIDE, L.L.C.; NITRIC OXIDE INNOVATIONS, L.L.C.; BRYAN NITRICEUTICALS, L.L.C.,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-811

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of December 18, 2024, pursuant to appellant's motion.

No. 24-50949

> LYLE W. CAYCE
> Clerk of the United States Court
> of Appeals for the Fifth Circuit

By: _____
    Mary Frances Yeager, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Dec 18, 2024**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 18, 2024

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 24-50949   Human Power of N v. Bryan
                          USDC No. 1:21-CV-811

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Mary Frances Yeager, Deputy Clerk
                504-310-7686

cc w/encl:
    Mr. David Michael Gonzalez
    Mr. Martin Murray